1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

ERNESTO VILLAFLOR,

NO. C16-1757 RSM

10

Plaintiff,

ORDER GRANTING FEDERAL

11

v.

DEFENDANTS' UNOPPOSED
MOTION TO EXTEND DEADLINE

12

U.S. POSTAL SERVICE; MEGAN

TO RESPOND TO PLAINTIFFS'
COMPLAINT

13

BRENNAN, POSTMASTER GENERAL;
YUN HEE LEE; RON HARRELL, JULIO

14

RODRIGUEZ,

15

16

Defendants.

17

18

THIS MATTER, having come before the Court upon the Federal Defendants'

19

Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint, the Court

20

having reviewed the pleadings and for good cause shown; it is hereby

21

ORDERED that the unopposed motion of Federal Defendants Lee, Harrell, and

22

Rodriguez is GRANTED.  Federal Defendants' responses to Plaintiffs' Complaint shall be

23

filed by June 9, 2017.

24

Dated this 7th day of April 2017.

25

26

27

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

28

ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION
TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT
C16-1757 RSM-1

1

2

3

4   Presented by:

5   ANNETTE L. HAYES
    United States Attorney
6

7   /s/ Patricia D. Gugin
    PATRICIA D. GUGIN, WSBA # 43458
8   Assistant United States Attorney
    United States Attorney's Office
9   1201 Pacific Avenue, Suite 700
    Tacoma, Washington 98402
10  Phone:  253-428-3832
11  Fax:  253-428-3826
12  E-mail:  pat.gugin@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION
TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT
C16-1757 RSM-2