1
2
3
4
5
UNITED STATES DISTRICT COURT FOR THE
6
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
7
8
ERNESTO VILLAFLOR,                              Case No. C16-1757 RSM

9
                        Plaintiff,              ORDER GRANTING FEDERAL
                                                DEFENDANTS' MOTION TO
10
                v.                              EXTEND DEADLINE TO
                                                RESPOND TO PLAINTIFF'S
11
U.S. POSTAL SERVICE; MEGAN                      COMPLAINT
12
BRENNAN, POSTMASTER GENERAL;
YUN HEE LEE; RON HARRELL, JULIO
13
RODRIGUEZ,
14
                        Defendants.
15
16
        THIS MATTER, having come before the Court upon the Federal Defendants' Motion
17
to Extend Deadline to Respond to Plaintiff's Complaint, the Court having reviewed the
18
pleadings and for good cause shown; it is hereby
19
        ORDERED that the unopposed motion of Federal Defendants Lee, Harrell, and
20
Rodriguez is GRANTED. Federal Defendants' responses to Plaintiff's Complaint shall be
21
filed by June 9, 2017.
22
        Dated this 9th day of June, 2017.
23
24
25
                                                RICARDO S. MARTINEZ
26
                                                CHIEF UNITED STATES DISTRICT JUDGE
27
28

ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT
C16-1757 RSM-1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    Presented by:

2

3    ANNETTE L. HAYES
   United States Attorney

4

5    /s/ Patricia D. Gugin
   PATRICIA D. GUGIN, WSBA # 43458

6    Assistant United States Attorney
   United States Attorney's Office

7    1201 Pacific Avenue, Suite 700

8    Tacoma, Washington 98402
   Phone:  253-428-3832

9    Fax:  253-428-3826

10    E-mail:  pat.gugin@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT
C16-1757 RSM-2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800